# Coca-Cola Enterprises Bottling Companies

```
COCA-COLA ENTERPRISES INC.                        | Personnel Number:  33908
C\O Shared Services                               | Name:              Mr Derek Jeffers
521 Lake Kathy Drive             EARNINGS         |
Brandon, FL  33510-3981          STATEMENT        | PAY DATE:          06.08.2010
                                                  | PAYROLL PERIOD:    17.07.2010  - 30.07.2010
                                                  | PERSONNEL AREA:    Indianapolis, IN
```

| TAX DATA | MARITAL STATUS | ALLOW | ADD'L W/H | SHARED SERVICES |
|---|---|---|---|---|
| FED | Married | 01 | 0.00 | |
| IN | Married | 01 | 0.00 | Please retain this statement for your record. |

| | PAID EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CUR | 1,376.38 | 220.30 | 265.84 | 890.24 |
| YTD | 26,263.84 | 4,427.41 | 5,290.50 | 16,545.93 |

### EARNINGS AND HOURS

| DESCRIPTION | HR/UNITS | RATE | CURRENT | Y-T-D |
|---|---|---|---|---|
| Hourly Pay | 40.00 | 16.5500 | 662.00 | |
| Hourly Pay | 40.00 | 16.5500 | 662.00 | 19,461.44 |
| Light Duty Pay | | | | 157.53 |
| OT Base 100% | 1.18 | 16.5500 | 19.53 | |
| OT Base 100% | 0.93 | 16.5500 | 15.39 | 3,407.73 |
| OT Prem 50% | 1.18 | 8.2750 | 9.76 | |
| OT Prem 50% | 0.93 | 8.2750 | 7.70 | 1,703.87 |
| OT LtDty Base 1 | | | | 0.42 |
| OT LtDty Prem 5 | | | | 0.21 |
| Vacation Pay | | | | 646.00 |
| Holiday Pay | | | | 883.30 |
| Floating Hol Pa | | | | 161.50 |
| Total Cash Wages | | | 1,376.38 | 26,263.84 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | Y-T-D |
|---|---|---|
| Union Dues | 42.00 | 331.00 |
| Union Assessment | 1.00 | 8.00 |
| 401K Loan 1 | 34.34 | 549.44 |
| Empl Stock Purchase | 25.00 | 400.00 |
| Medical Before Tax | 76.00 | 1,397.43 |
| 401k Hondo | 82.58 | 2,526.73 |
| Union Dues - Past Due | 0.00 | 1.00 |
| Medical After Tax | 4.92 | 76.90 |
| 401k Hondo match | 41.29 | 888.35 |
| TOTAL DEDUCTIONS | 265.84 | 5,290.50 |

### EMPLOYEE TAX INFORMATION

| TAX AUTHORITY | CURRENT WITHHOLDNG | YEAR TO DATE WITHHOLDNG | TAXABLE WAGES |
|---|---|---|---|
| Federal W/H | 61.61 | 1,416.46 | 22,497.84 |
| Federal FICA | 80.62 | 1,551.52 | 25,024.57 |
| Federal Medi | 18.86 | 362.86 | 25,024.57 |
| Indiana W/H | 40.10 | 742.71 | 22,497.84 |
| Marion W/H | 19.11 | 353.86 | 22,497.84 |

| TOT WKD HRS\WAGES | 82.11 | | 1,376.38 | 26,263.84 |

| TOTAL TAX | 220.30 | 4,427.41 |

MESSAGES

| METABANK FIFTH AT ERIE STORM LAKE I | Checking 4120 | 100.00 |
| JPMORGAN CHASE BANK, NA | Checking 7310 | 790.24 |